**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PROPERTY-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:16-cv-00211-TWP-TAB |
| vs. | ) ) | |
| TIM  STOFER Clerk's Entry of Default Entered, | ) ) | |
| TRISTAN  STOFER Clerk's Entry of Default Entered, | ) ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Default Judgment (Dkt. 27) and Motion for Leave to File Answer (Dkt. 29). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date:11/16/2016

_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas A. Whitsitt
GIDDINGS WHITSIT & WILLIAMS
taw@mymetronet.net

Michael W. Phelps
KEN NUNN LAW OFFICE
mikep@kennunn.com

Misti Presnell DeVore
TAYLOR LAW FIRM PC
mdevore@taylorlitigation.com

David L. Taylor
TAYLOR LAW FIRM, PC
dtaylor@taylorlitigation.com